# AFFIDAVIT

I, Denis Robert, hereinafter referred to as your Affiant, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, state and depose as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since April 2023. I am currently assigned to the FBI's San Juan Division, San Juan Safe Streets Task Force (FBI SJSSTF). As an FBI Special Agent, I have received extensive training in a variety of investigative and legal matters pertaining to violations of federal and state law. I am "an investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code. I am, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 21, United States Code. During my employment with the FBI as a Special Agent, I have taken part, along with other FBI Special Agents and Task Force Officers, in cases relating to the gangs, drug trafficking, firearms trafficking, possession of illegal firearms, and other violations.

2. The details and information stated herein are based on my training, experience, and discussions with other law enforcement agents. I have drafted this affidavit for the limited purpose of establishing probable cause to believe that MICHAEL ANTHONY RODRIGUEZ-SEIB (hereinafter RODRIGUEZ-SEIB) committed the offenses described in the attached criminal complaint. Accordingly, I have not included each and every fact of this investigation that is known to me.

## FACTS SUPPORTING PROBABLE CAUSE

3. On March 6, 2024, at approximately 11:20 PM, Carolina Municipal Police officers entered Los Mirtos Public Housing Project (MPHP) as a part of a pre-planned operation to impact high crime areas in Carolina, Puerto Rico. During the operation, police officers observed an individual standing with a rifle on the first floor of MPHP's building 8. This area is a well-known drug point according to law enforcement.

Officers identified themselves and gave the individual verbal commands to stop. In response, the individual started running towards the third floor of the building. A hot pursuit ensued and without losing sight of the suspect, one of officers followed the individual to the third floor while the others remained downstairs visually following the suspect. Officers observed the individual open a balcony's door which had access to apartment 118. The individual is seen throwing the rifle alongside a plastic bag into the balcony. Officers approached the individual and asked him if he had a weapon's permit, to which the individual responded no. The officers proceeded to arrest him.

4. During the arrest, RODRIGUEZ-SEIB had a small brown bag on his person. The bag contained two decks of heroin, drug ledgers, a radio scanner, two smartphones, paraphernalia (including stickers), a health insurance card in his name and $ 359. See the photographs of the firearm and drugs seized in Attachment A-2. This individual was later identified as Michael A. Rodriguez Seib (RODRIGUEZ SEIB).

5. Officers seized the rifle and the plastic bag, which were in plain view in the balcony. The rifle was a Romarm/Cugir, Model Draco Cal. 7.62x39 mm with serial number DF-5989-20 ROA. The rifle was loaded with one round in the chamber and 66 rounds in a drum magazine. Database checks conducted by the Municipal Police of Carolina revealed the aforementioned rifle was not registered. See photographs of the firearm and the drum magazine in Attachment A-1.

6. The plastic bag seized by the officers contained forty containers with a green leafy substance, suspected to be marihuana, eighty-seven baggies containing a white powdery substance, suspected to be cocaine, and unknown pills.

7. Based on Your Affiant's training and experience and knowledge of the FBI's investigation, the quantities of suspected narcotics seized are distribution quantities for sale.

8. After waiving his Miranda rights, RODRIGUEZ-SEIB told the municipal officers he was a drug runner for the MPHP drug organization.

9. During the morning of March 7, 2024, the Police of Puerto Rico, Drogas Metro unit conducted field tests on the above referenced suspected narcotics. The field tests yielded positive results for the properties of cocaine, heroin and marihuana.

## CONCLUSION

Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that MICHAEL RODRIGUEZ SEIB violated 18 U.S.C., § 924(c)(1)(A) (Possession of a firearm in connection with a drug trafficking crime) and 21 U.S.C. §§ 841(a)(1) and possession with intent to distribute detectable amounts of cocaine, cocaine base "crack" and marihuana.

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to the best of my knowledge.

_____
Denis Robert
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me pursuant to FRCP 4.1 at 7:45 pm by telephone, this 7th day of March, 2024.

_____
Hon. Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico

## ATTACHMENT A-1



## ATTACHMENT A-2

